In the Matter of FRANK JOYCE, Respondent, against HENRY E. BRUCKMAN et al., Individually and as Constituting the State Liquor Authority of the State of New York, Appellants.

Argued November 18, 1940: decided December 4, 1940.

*Monroe I. Katcher, II,* and *Francis V. McHugh* for appellants.

*James E. Cuff* for respondent.

Appeal dismissed, without costs, on the ground that the order is not final since its effect is to remit the matter to the Liquor Authority. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.